178

EDWARD GABRIEL *et al.*, Plaintiffs-Appellees, *v.* EDWARD J. SUESS, Defendant-Appellant.

(No. 57303;

First District (5th Division)—February 9, 1973.

*Modified upon denial of rehearing March 6, 1973.*

PER CURIAM.

Collins & Amos, of Chicago, for appellant.

Silverstein & Stein, of Chicago, for appellees.

ILLINOIS CONFERENCE OF THE UNITED CHURCH OF CHRIST and JOHN ZEHR, by William Zehr, His Father and Next Friend, Plaintiffs-Appellees, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Defendant-Appellant.

(No. 56160;

First District (5th Division)—February 2, 1973.

*Rehearing denied March 7, 1973.*

PER CURIAM.

Clausen, Hirsh, Miller & Gorman, of Chicago, (Patrick J. Navin and James T. Ferrini, of counsel,) for appellant.

A. Denison Weaver, of Chicago, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WILLIE B. HENNE, Defendant-Appellant.

(No. 71-394;

Second District—February 21, 1973.

Paul Bradley, of Defender Project, of Elgin, for appellant.

William B. Petty, State's Attorney, of Mt. Carroll, (James W. Jerz, of counsel,) for the People.

Mr. JUSTICE THOMAS J. MORAN delivered the opinion of the court:

A jury found defendant, Willie B. Henne (and co-defendants Tracy Stewart, James DePaolo and John Weisz) guilty of burglary and theft. Henne was sentenced to serve from seven to twenty-one years in the penitentiary.